# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jamie Stanley,

    Plaintiff(s),

v.

Subcontracting Concepts CT LLC, et al.,

    Defendant(s).

Case No. 2:25-cv-01958-RFB-NJK

**Order**

[Docket No. 21]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to compel arbitration. Docket No. 21. Plaintiff filed a response. Docket No. 24. Defendants filed a reply. Docket No. 25. Having considered the governing standards, *see, e.g.*, *Arik v. Meyers*, 2020 WL 515843, at *1-2 (D. Nev. Jan. 31, 2020), the Court finds that a stay of discovery is warranted.[1] Accordingly, the motion to stay discovery is **GRANTED**. If the underlying motion to compel arbitration is not granted, the parties must confer and file a joint discovery plan within 14 days of that resolution.

IT IS SO ORDERED.

Dated: February 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to compel arbitration is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.

1